Re: Order disallowing requests for payment of administrative expense claims re: Refco FXA account balances

Official Form 17
(12/04)

# United States Bankruptcy Court

SOUTHERN District Of NEY YORK

In re REFCO et al ,
_____ Debtor

Case No. 05-60006

Chapter 11

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

PAUL MATTHEW PALLEY , the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the 25 day of APRIL , 2007.
                                                                                          (month)        (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

① Wilamowsky   ② L.P. Harrison   ③ Skadden Arps   Milmoe, Levin   ④ A. Velz-Rivera
599 Park Av.    Curtis Mallet-Prevost   4 Times Sq.         offia of US Trustee
New York NY 10022  101 Park Av.      New York N.Y.          33 Whitehall St
                    New York NY 10178  10036-6522            Sulte 2100
                                                             New York NY 10004

Dated: 25 April 2007

Signed: Paul Palley
_____
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _____

Address: 25 PEARMAN ST

        LONDON SE1 7RB

Telephone No: 00 44 20 261 0750

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

REASONS FOR APPEAL : The judgment does not fully address the arguments facts and merits of the case. It relied on a case about a landlord, where circumstances are different from claimants trading daily with a