UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

REFCO, INC.

---

PAUL PALLEY,

           Appellant,

-against-

REFCO, INC.,

           Appellee.

Adv. Proc. No. 07 CV 4784 (DLC)

**CERTIFICATE OF SERVICE**

      Stephanie Mai, an attorney admitted to practice before this Court, hereby certifies under penalty of perjury the following:

      I am employed by the law firm of Bingham McCutchen LLP, over the age of 18 and not a party to this action.

      On this date, the 10th day of July, 2007, I caused the Request By Appellee for (I) Consolidation of Related Bankruptcy Appeals; (II) Revised Briefing Schedule; and (III) Leave to File a Consolidated Appellee Brief to be served FedEx, overnight delivery on the following:

| | |
|---|---|
| Paul Palley<br>25 Pearman St.<br>London SE1 7RB<br>UK | Mark Resnick<br>2525 Arapahoe Avenue, #289<br>Boulder, CO 80302 |
| David Bilodeau<br>1050-1 Gilles-Hocquart<br>Boucherville, Quebec, Canada<br>J4B 8J6 | 4218698 Canada Inc. / David Bilodeau<br>1050-1 Gilles-Hocquart<br>Boucherville, Quebec, Canada<br>J4B 8J6 |

A/71285099.1

9016-2355 Quebec Inc. / Rene Bilodeau
1050-1 Gilles-Hocquart
Boucherville, Quebec, Canada
J4B 8J6

_____
Stephanie Mai

A 71285099.1