```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re REFCO, INC.                       :
                                        :
PAUL PALLEY,                            :
                        Appellant,      :      07 Civ. 4784 (DLC)
                                        :      07 Civ. 4785 (LAK)
             -v-                        :      07 Civ. 4786 (CM)
                                        :
REFCO,                                  :         ORDER OF
                        Appellee.       :      CONSOLIDATION
----------------------------------------X
                                        :
MARK RESNICK,                           :
                        Appellant,      :
                                        :
             -v-                        :
                                        :
REFCO,                                  :
                        Appellee.       :
----------------------------------------X
                                        :
DAVID BILODEAU, 4218698 CANADA          :
INC./DAVID BILODEAU, 9016-2355 QUÉBEC   :
INC./RENÉ BILODEAU,                     :
                        Appellants,     :
                                        :
             -v-                        :
                                        :
REFCO,                                  :
                        Appellee.       :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

DENISE COTE, District Judge:

Having received a letter from appellee Refco's counsel informing the Court of the two other appeals pending in this district that arose out of the same bankruptcy action (07 Civ. 4785 and 07 Civ. 4786), and it appearing to the Court that the actions involve common questions of law and fact, it is hereby

ORDERED that the Clerk of the Court shall consolidate the above actions under the docket number of the lead case 07 Civ. 4784 and reassign 07 Civ. 4785 and 07 Civ. 4786 to this Court.

SO ORDERED:

Dated:   New York, New York
         July 12, 2007

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Paul Palley
25 Pearman St.
London SE1 7RB
United Kingdom

Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Mark Resnick
2525 Arapahoe Avenue #289
Boulder, CO 80302

David Bilodeau
4218698 Canada Inc./David Bilodeau
9016-2355 Quebec Inc./Rene Bilodeau
1050-1 Gilles-Hocquart
Boucherville, QC J4B 8J6
Canada