```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re REFCO, INC.                       :
                                        :
This Document Relates to:               :
                                        :    07 Civ. 4784 (DLC)
ALL ACTIONS                             :
                                        :         ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

A July 12, 2007 Order in the above-captioned action informed appellants 4218698 Canada Inc./David Bilodeau and 9016-2355 Québec Inc./René Bilodeau, who had sought to appear pro se, that corporations must be represented by an attorney in federal court, and ordered that an attorney must file a notice of appearance on their behalf by August 3, 2007. The July 12 Order further stated that if no attorney filed a notice of appearance on behalf of these corporate entities by that date, their appeals would be dismissed. Not having received a notice of appearance on behalf of either 4218698 Canada Inc./David Bilodeau or 9016-2355 Québec Inc./René Bilodeau as of this date, it is hereby

ORDERED that the appeals of 4218698 Canada Inc./David

Bilodeau and 9016-2355 Québec Inc./René Bilodeau are dismissed with prejudice.

    SO ORDERED:

Dated:    New York, New York
          August 8, 2007

                                  DENISE COTE
                        United States District Judge

COPIES SENT TO:

Paul Palley
25 Pearman St.
London SE1 7RB
United Kingdom

Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Mark Resnick
2525 Arapahoe Avenue #289
Boulder, CO 80302

David Bilodeau
4218698 Canada Inc./David Bilodeau
9016-2355 Quebec Inc./Rene Bilodeau
1050-1 Gilles-Hocquart
Boucherville, QC J4B 8J6
Canada