```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
In re REFCO, INC.                         :
                                          :
This Document Relates to:                 :
                                          :    07 Civ. 4784 (DLC)
ALL ACTIONS                               :
                                          :         ORDER
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 5, 2007, appellant Paul Palley ("Palley"), pro se, appealed a bankruptcy court decision to this Court. His appeal was docketed on June 5, 2007. On June 11, the Clerk of Court mailed notice to the parties. On July 27, 2007, the Pro Se Office received two copies of a letter sent by Palley entitled "Appellant's Reply," and dated July 20, 2007. On September 10, 2007, this Court received two copies of another letter from Palley entitled "Appellant's Reply," dated September 5, 2007. Neither of these letters contains any indication that they had been or will be served on appellee Refco, Inc.'s counsel of record. Petitioner is hereby informed that it is improper to write to the Court or submit any documents to the Court without providing a copy of the communication or document to counsel for the appellee. Both of petitioner's submissions are therefore being returned to the petitioner. Accordingly, it is hereby

ORDERED that all future correspondence from petitioner must include an affidavit indicating when and in what manner the document was provided to counsel for the appellee.

IT IS FURTHER ORDERED that the petitioner direct all correspondence relating to this case to Pro Se Clerk's Office, 500 Pearl Street, Room 230, New York, NY 10007, and not to this Court.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office at the address stated above. The Court notes that the petitioner followed this practice in submitting his recent letters.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         September 11, 2007

_____
DENISE COTE
United States District Judge

COPIES SENT TO:

Paul Palley
13 Nikos Sofocleous
Pakna Village
Limassol 4720
Cyprus

Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Mark Resnick
2525 Arapahoe Avenue #289
Boulder, CO 80302

David Bilodeau
1050-1 Gilles-Hocquart
Boucherville, QC J4B 8J6
Canada